**Susan J. Dlott**
**Chief District Judge**

**Judge's Chambers**
**United States District Court**
**For the Southern District of Ohio**
**227 Potter Stewart U.S. Courthouse**
**Cincinnati, Ohio 45202**

Fax:

May 1, 2011

Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, NE
Washington, D.C. 20544

Re: 2010 Financial Disclosure Report

Dear Committee Members:

Please note that the report that I am filing is for me alone  our assets and tax returns separate, and I do not have access to any of his financial information.

Enclosed you will find an original and three copies of my Financial Disclosure Report for January 1, 2010 through December 31, 2010.

If the Committee needs any further information, please do not hesitate to contact me at

Sincerely,



c:    George D. Reynolds, Esq.

Enclosures

**Dlott, Susan J.**

| AO 10 |
| Rev. 1/2011 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DLOTT, SUSAN J. | US SOUTHERN DISTRICT OF OHIO | 4/27/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US CHIEF DIST JUDGE-ACTIVE | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US COURT HOUSE<br>2ND FLOOR ROOM 227<br>CINCINNATI OHIO 45202 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-PERSONAL REPRESENTATIVE | ▨▨▨ ESTATE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/27/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/27/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/27/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BOND-GREEN OHIO INCOME TAX REV COMM. LEARNING CENTER | D | Interest | M | T | | | | | |
| 2. BOND-BLUE ASH OH SERV GARAGE & FIREHOUSE 3% DUE 11/1/10 | C | Interest | | | Matured | 11/01/10 | M | | |
| 3. TIME WARNER INC. | A | Distribution | | | | | | | |
| 4. BOND - KENTUCKY RURAL WATER FINANCING CORP 4.00% | B | Interest | M | T | Buy | 04/15/10 | M | | |
| 5. BOND - KENTUCKY ASSOC. OF COUNTIES FINANCING 4.250% | | None | N | T | Buy | 12/03/10 | N | | |
| 6. BOND - CINCINNATI OHIO CITY SCHOOL DISTRICT 5%, DUE 12/1/15 | D | Interest | M | T | | | | | |
| 7. BOND - FAIRFIELD & UNION LOCAL SCHOOL , 3.875%, DUE 12/1/12 | D | Interest | M | T | | | | | |
| 8. CASH held in custodian at Johnson Invenstments ▨ | | None | N | T | | | | | |
| 9. CASH held in custodian at Johnson Investements ▨ | | None | J | T | | | | | |
| 10. Womens capital club partnership (2.5% onwership)) | | None | K | W | | | | | |
| 11. BOND - OHIO STATE UNIV GENERAL RECEIPT REV 5.00% | C | Interest | M | T | Buy | 06/25/10 | M | | |
| 12. BOND-LORAIN CO OH REV CATH HEALTHCARE 5.2% DUE 9/1/10 | C | Interest | | | Matured | 05/21/10 | M | C | |
| 13. FIFTH THIRD BANK CHECKING ACCTS | A | Interest | J | T | | | | | |
| 14. BOND - PORTAGE COUNTY OHIO GENERAL OBLIGATION LTD 4.00% | | None | N | T | Buy | 09/17/10 | N | | |
| 15. BOND-LAKE OH LOCAL SCH DIST GEN OBLIG 5.35% DUE 12/01/11 | D | Interest | | | Matured | 12/01/10 | M | A | |
| 16. SHS CHEVRON CORP | A | Dividend | J | T | | | | | |
| 17. SHS MICROSOFT CORP | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U = Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SHS PEPSICO INC | B | Dividend | L | T | | | | | |
| 19. SHS JOHNSON FIXED INCOME FUND | D | Dividend | N | T | Buy (add'l) | 04/01/10 | K | | |
| 20. SHS BHP BILLITON LTD ADR | A | Dividend | J | T | | | | | |
| 21. CONOCOPHILLIPS | C | Dividend | L | T | | | | | |
| 22. BOND-CLEVELAND OH WATERWORKS REV 1STMORT SERIES G 5.5% 2013 | C | Interest | L | T | Matured (part) | 01/01/10 | K | | |
| 23. SHS PROCTER & GAMBLE CO | D | Dividend | M | T | | | | | |
| 24. SHS CISCO SYSTEMS INC | | None | J | T | | | | | |
| 25. SHARES EQUITABLE RESOURCES INC | A | Dividend | J | T | | | | | |
| 26. SHARES GENERAL ELECTRIC COMPANY | A | Dividend | K | T | | | | | |
| 27. EXXON MOBIL CORPORATION | B | Dividend | L | T | | | | | |
| 28. SHS JOHNSON & JOHNSON | C | Dividend | L | T | | | | | |
| 29. - SHARES NOVARTIS AG ADR | A | Dividend | | | Sold | 10/19/10 | J | B | |
| 30. LAKEWOOD OHIO GEN 5.0% DUE 12/1/14 DATED 5/26/05 | D | Interest | M | T | | | | | |
| 31. GAHANNA OHIO GEN 5.0% DUE 12/1/18 DATED 9/1/05 | D | Interest | M | T | | | | | |
| 32. JACKSON OHIO LOCAL SCHOOL DIST 5.0% DUE 12/1/16 DATED 4/21/0 | D | Interest | M | T | | | | | |
| 33. MENTOR OHIO GEN 5.0% DUE 12/1/15 DATED 10/1/05 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L=$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | DLOTT, SUSAN J. | 4/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 34. UNION COUNTY OHIO 4.5% DUE 12/1/14 DATED 7/1/05 | D | Interest | M | T | | | | | |
| 35. UNIVERSITY OF CINCINNATI GEN 4.0% DUE 6/1/12 DATED 3/1/05 | C | Interest | M | T | | | | | |
| 36. BOND - OHIO HOUSING FINANCY AGENCY MORT REV,3.95%,DUE 9/1/15 | C | Interest | M | T | | | | | |
| 37. OHIO STATE DEPT OF ADMIN SERVICES COP, 5%, DUE 9/1/11 | D | Interest | M | T | | | | | |
| 38. PICKERINTONOHIO LOCAL SCHOOL, 4.125%, DUE 12/1/16 | C | Interest | L | T | | | | | |
| 39. STATE OF OHIO INFRASTRUCTURE IMP, 4%, DUE 2/1/13 | C | Interest | M | T | | | | | |
| 40. 3M COMPANY SHARES | B | Dividend | L | T | | | | | |
| 41. CINCINNATI FINANCIAL CORP SHARES | C | Dividend | L | T | | | | | |
| 42. DOMINION RESOURCES SHARES | C | Dividend | L | T | | | | | |
| 43. EMERSON ELECTRIC COMPANY | B | Dividend | L | T | | | | | |
| 44. THORNBURG INTERNATIONAL VALUE FUND | A | Dividend | L | T | | | | | |
| 45. COMCAST CORP CLASS A SPECIAL | A | Dividend | | | Sold | 04/06/10 | J | A | |
| 46. ROCHE HOLDINGS LIMITED - ADR | A | Dividend | J | T | | | | | |
| 47. SHS KELLOGG COMPANY | A | Dividend | J | T | | | | | |
| 48. BOND - STATE OF OHIO BLDG AUTH REV,5%, DUE 10/1/17 | D | Interest | M | T | | | | | |
| 49. SHS US BANCORP | A | Dividend | | | Sold | 10/19/10 | J | A | |
| 50. OHIO MUNI ELECTRIC GENERATION AGENCY REV CALLABLE 2-15-14 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/27/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income. assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 51. BECTON, DICKINSON AND COMPANY | A | Dividend | | | Sold | 01/05/10 | J | A | |
| 52. CHESAPEAKE ENERGY CORPORATION | A | Dividend | | | Sold | 05/03/10 | J | A | |
| 53. SHS - REPUBLIC SVS INC | A | Dividend | K | T | Buy | 04/07/10 | K | | |
| 54. NESTLE A SPONSERED ADR | B | Dividend | K | T | Sold (part) | 07/16/10 | K | D | |
| 55. SAFEWAY INCORPORATED | A | Dividend | | | Sold | 04/06/10 | L | D | |
| 56. GOLDMAN SACHS GROUP INC | A | Dividend | | | Sold | 04/28/10 | K | A | |
| 57. MANITOWOC COMPANY INC | A | Dividend | J | T | | | | | |
| 58. MINDRAY MEDICAL INTL LTD | A | Dividend | J | T | | | | | |
| 59. PEPSICO INCORPORATED | A | Dividend | J | T | | | | | |
| 60. PETROLEO BRASILEIRO - SA | A | Dividend | K | T | | | | | |
| 61. POLO RALPH LAUREN CORP | A | Dividend | K | T | | | | | |
| 62. TATA MOTORS LTD - SPNS ADR | A | Dividend | K | T | | | | | |
| 63. GREATER CLEVELAND OHIO REGIONAL TRANSPORTATION AUTHORITY GNE | D | Interest | M | T | | | | | |
| 64. MASON OHIO GEN 4% DUE 12/021/20 | D | Interest | M | T | | | | | |
| 65. NORTH OLMSTED OHIO GEN. 5.250% DUE 12/1/20 | D | Interest | M | T | | | | | |
| 66. OHIO STATE HOUSING FINANCE AGENCY REV 3.7% DUE 12/1/16 | C | Interest | L | T | Matured (part) | 09/01/10 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/27/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. | FPL GROUP INC | A | Dividend | | | Sold | 05/03/10 | L | C | |
| 68. | VANGUARD MONEY MARKET RESERVES | A | Dividend | | | Sold (part) | 11/26/10 | L | A | |
| 69. | VANGUARD MONEY MARKET RESERVES | | None | | | Sold | 11/29/10 | O | A | |
| 70. | Beavercreek Ohio city school district 4.75% | D | Interest | M | T | | | | | |
| 71. | DUBLIN OHIO CITY SCHOOL DISTRICT FAC. 4.0% | D | Interest | M | T | | | | | |
| 72. | KENTON CTY. KY SCHOOL DISTRICT FINANCE 4.5% | D | Interest | M | T | | | | | |
| 73. | KENTUCKY STATE PROP AND BLDG. COMMISSION 5.0% | D | Interest | M | T | | | | | |
| 74. | RISING SUN IN. SCHOOL BLDG. CORP. 3.8% | D | Interest | M | T | | | | | |
| 75. | WALGREEN COMPANY | A | Dividend | L | T | | | | | |
| 76. | GAMESTOP CORPORATION | | None | J | T | | | | | |
| 77. | VALLEY FORGE COMPOSITE TECHNOLOGY | | None | | | Buy | 01/14/10 | J | | |
| 78. | VALLEY FORGE COMPOSITE TECHNOLOGY | | None | | | Sold | 01/14/10 | K | A | |
| 79. | APPLIED MATERIALS, INC | A | Dividend | J | T | | | | | |
| 80. | NORFOLK SOUTHERN CORPORATION | A | Dividend | J | T | | | | | |
| 81. | POTASH CORPORATION OF SASKATCHEWAN, INC | A | Dividend | J | T | | | | | |
| 82. | SHS - PEPSICO INCORPORATED | A | Dividend | K | T | | | | | |
| 83. | NOVARTIS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/27/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. SHS - JOHNSON AND JOHNSON | A | Dividend | J | T | | | | | |
| 85. GS FINL SQ MMKT INSTL | | None | | | Buy (add'l) | 09/16/10 | L | | |
| 86. ARCHER DANIELS MIDLAND | A | Dividend | | | Sold | 06/10/10 | J | A | |
| 87. BP PLC SPONS ADR | A | Dividend | | | Sold | 05/05/10 | J | A | |
| 88. DPL INC | B | Dividend | K | T | | | | | |
| 89. GS FINL SQ MMKT INSTL | A | Dividend | L | T | Sold (part) | 01/14/10 | L | | |
| 90. APPLE INC | | None | L | T | Buy (add'l) | 10/28/10 | J | | |
| 91. AMDOCS LTD | | None | K | T | | | | | |
| 92. HASBRO INC | A | Dividend | | | Sold | 01/29/10 | K | C | |
| 93. INDUSTRIAL SECTOR SPDR | A | Dividend | K | T | | | | | |
| 94. ISHARES MSCI EAFE INDEX | B | Dividend | K | T | | | | | |
| 95. ISHARES TR MSCI EMERGING | A | Dividend | K | T | | | | | |
| 96. KROGER COMPANY COMMON | A | Dividend | J | T | | | | | |
| 97. MEDTRONIC INC | A | Dividend | J | T | | | | | |
| 98. NYSE EURONEXT | B | Dividend | K | T | | | | | |
| 99. PETMED EXPRESS INC | A | Dividend | K | T | | | | | |
| 100. SCHLUMBERGER LTD | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/27/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101.  PORTFOLIO RECOVERY ASSOCIATE | | None | | | Sold | 06/10/10 | K | D | |
| 102.  SUNCOR ENERGY INC | A | Dividend | K | T | | | | | |
| 103.  AT&T INC. | B | Dividend | K | T | | | | | |
| 104.  FEDERATED MUNICIPAL CASH TRUST | A | Interest | | | | | | | |
| 105.  CONSTELLATION BRANDS INC CL A | | None | K | T | Buy | 01/14/10 | K | | |
| 106.  VANGUARD SHORT TERM INVESTMENT GRADE FUND | E | Dividend | O | T | | | | | |
| 107.  VANGUARD SHORT TERM INVESTMENT GRADE FUND | A | Distribution | | | | | | | |
| 108.  WORLDCOM, INC. | A | Distribution | | | | | | | |
| 109.  SHS - CONOCOPHILLIPS | A | Dividend | | | Sold | 12/07/10 | J | B | |
| 110.  SHS - DOMINION RESOURCES | A | Dividend | J | T | | | | | |
| 111.  SHS - EMERSON ELECTRIC COMPANY | A | Dividend | J | T | | | | | |
| 112.  MICROSOFT CORPORATION | A | Dividend | J | T | | | | | |
| 113.  NESTLE S A SPONSORED ADR | A | Dividend | J | T | | | | | |
| 114.  SHS - SAFEWAY INCORPORATED | A | Dividend | | | Sold | 04/06/10 | J | A | |
| 115.  PROCTER & GAMBLE COMPANY | A | Dividend | J | T | | | | | |
| 116.  THORNBURG INTERNATIONAL VALUE FUND | A | Dividend | J | T | | | | | |
| 117.  JOHNSON FIXED INCOME FUND | A | Distribution | | | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/27/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118.  SHS - ALLERGEN INC. | A | Dividend | K | T | Buy | 10/28/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/27/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII
LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

ALL WOMEN'S CLUB INVESTMENTS ARE REPORTED AT THE AGGREGATE VALUE. JUDGE DLOTT OWNS 2.5%.

LINES 8 AND 9 ARE CASH ACCOUNTS HELD IN INVESTMENT ACCOUNTS FOR FUTURE PURCHASES.

LINES 3 AND 108 ARE DISTRIBUTIONS OF SECURITIES LITIGATION SETTLEMENTS FROM INVESTMENTS HELD PRIOR TO THIS YEAR

LINE 117 DIVIDENDS AND DISTRIBUTIONS WERE RECEIVED FROM JOHNSON FIXED INCOME FUND IN THE CURRENT YEAR. DIVIDENDS RECEIVED ARE REPORTED ON LINE 19, NOT ENOUGH ROOM TO REPORT BOTH HERE.

LINE 104 THIS IS ADDITIONAL INTEREST RECEIVED DURING THE CURRENT YEAR FOR SECURITIES THAT WERE SOLD ON THE LAST DAY OF THE PRIOR YEAR.

LINE 107 IS A CAPITAL GAIN DISTRIBUTION FROM VANGUARD SHORT TERM INVESTMENT GRADE FUND. THERE WERE ALSO DIVIDENDS FROM THESE HOLDINGS DURING THE CURRENT YEAR REPORTED AT LINE 106. THERE WAS NOT ENOUGH ROOM TO REPORT BOTH HERE.

LINE 85 SHARES OF GS FINL SQ MMKT INSTL WERE SOLD (AT LINE 89) AND PURCHASED (AT LINE 85) DURING THE CURRENT YEAR. THERE WAS NOT ENOUGH ROOM TO REPORT BOTH ON LINE 89.

LINES 77 AND 78 REPORTS ACTIVITY RELATED TO VALLEY FORGE STOCK THAT WAS BOUGHT AND SOLD DURING THE CURRENT PERIOD. THERE WAS NOT ENOUGH ROOM TO REPORT BOTH ON LINE 77.

PART I. POSITIONS JUDGE DLOTT SERVES AS CO REPRESENTATIVE OF ████████ ESTATE - SHE HAS NO INTEREST IN THE TRUST AND DOES NOT MANAGE OR CONTROL THE ASSETS OF THE TRUST - SO THERE IS NOTHING REPORTED ON INVESTMENT TAB IN ACCORDANCE WITH DIRECTION FROM PRIOR YEARS.

PART III B. SPOUSE HAS BEEN EXEMPTED FROM FILING REQUIREMENTS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544